# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | CIVIL ACTION |
| Entek Mechanical Corp. | No.          07-7653 |
| versus | Section      C |
| AA Communications, Inc., James E. Zoucha, and Gwendolyn Joseph Moyo | Judge Berrigan |
| | Magistrate Judge Roby |

## ORDER

Considering the foregoing motion filed on behalf of Entek Mechanical Corp.,

IT IS ORDERED that an Entry of Default be entered against AA

Communications, Inc., and James E. Zoucha.

New Orleans, Louisiana, this _18th_ day of March, 2008.

LORETTA G. WHYTE, CLERK

BY:    /s/ Kimberly County
    _____
    DEPUTY CLERK