UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTEK MECHANICAL CORP. | CIVIL ACTION |
| VERSUS | NO: 07-7653 |
| AA COMMUNICATIONS, INC., ET AL. | SECTION: "J" (2) |

**ORDER**

Considering the criminal case currently pending against the defendants in this case, and further considering that the subject matter of this case is related to the subject matter of the pending criminal case;

**IT IS ORDERED** that this case be **STAYED** pending the disposition of the criminal action;

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party at the conclusion of the criminal case, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana this the 4th day of June, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE